**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais, U.S.M.J. |
| | : | |
| v. | : | Mag. No. 26-9088 |
| | : | |
| NICHOLAS MATTHEW SCELFO | : | **CRIMINAL COMPLAINT** |

I, Special Agent Mark Brzyzek, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation ("FBI") and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

/s/ Mark Brzyzek

_____
Mark Brzyzek, Special Agent
Federal Bureau of Investigation

Special Agent Mark Brzyzek attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 30th day of May, 2026.

/s/ Cari Fais

_____
Honorable Cari Fais
United States Magistrate Judge

## ATTACHMENT A

### Count One
### (Influencing, Impeding, or Retaliating Against a Federal Official by Threat)

On or about May 27, 2026, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

## NICHOLAS MATTHEW SCELFO,

did knowingly threaten to assault and murder a Federal law enforcement officer with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

**ATTACHMENT B**

I, Mark Brzyzek, am a Special Agent with FBI. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, the statements of individuals, and my review of reports, documents, video footage, and other items of evidence. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where statements of others are related herein, they are related in substance and part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.       On or about May 27, 2026, officers of U.S. Immigration and Customs Enforcement ("ICE") were engaged in official duties relating to security and crowd-control operations during a demonstration near the ICE Delaney Hall Detention Facility, located on Doremus Avenue in Newark, New Jersey. Those officers included Victim-1, who, at all times relevant to this Complaint, was a Deportation Officer employed by ICE, and thus was an officer and employee of the United States authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of any violation of Federal criminal law, as defined by Title 18, United States Code, Section 115(c)(1).

2.       While conducting crowd-control operations during the demonstration, ICE officers encountered a crowd of demonstrators near the facility, including defendant NICHOLAS MATTHEW SCELFO ("SCELFO").

3.       As part of law enforcement's investigation into SCELFO, agents have gathered information from numerous sources, including, but not limited to, interviews of witnesses with knowledge of relevant facts, records, video footage, and physical evidence.

4.       In or around the late evening hours of May 27, 2026, Victim-1 was assisting with clearing the road for vehicles entering and exiting the ICE Delaney Hall Detention Facility. During this time, while ICE officers were arresting an unrelated individual, SCELFO and other demonstrators neared the immediate vicinity of that arrest. Victim-1 and other ICE officers then attempted to direct and clear the demonstrators, including SCELFO, out of that area. At some point during this activity, according to a video recording reviewed by law enforcement, Victim-1 and SCELFO had a physical altercation during which Victim-1 struck SCELFO's leg twice with a baton.

5.       According to a second video posted to social media on or about May 28, 2026, and reviewed by law enforcement, while in the vicinity of Victim-1, SCELFO pointed his finger toward Victim-1 and screamed the following, in relevant part, toward Victim-1: "I'll kill your whole fucking family! Your whole fucking family is dead! Your children, your wife, all dead! I have your face, motherfucker! You're dead!

- 2 -

Dead!" Victim-1 heard SCELFO's threatening statements. In the video, SCELFO was wearing clear goggles, a black t-shirt with a yellow graphic image, and a cross-body bag.

      6.     The following partial screenshots of SCELFO were taken from the video:









Law enforcement review of motor vehicle records for SCELFO, including, but not limited to, a driver's license photograph and date of birth, confirmed that the individual in the video is SCELFO.

7.      Victim-1 subsequently reviewed the video and identified himself. Victim-1 also identified SCELFO as the individual who made the threatening statements described above.

8.      On or about May 29, 2026, FBI special agents conducted a probable cause arrest of SCELFO in Brooklyn, New York. After SCELFO's arrest, he was advised of his *Miranda* rights and agreed to speak with FBI special agents. During the subsequent interview, SCELFO admitted that he had been at the demonstration, had in fact made statements toward an officer including a threat to kill him and his family, and had later seen himself in a video that was in the media depicting him at that demonstration making statements toward law enforcement.