

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Casey S. Smith & Camila A. Garces*　　　　　*970 Broad Street, 7th floor*　　　　973-645-2700
*Assistant U.S. Attorneys*　　　　　　　　　　*Newark, New Jersey 07102*

June 23, 2026

Honorable Cari Fais
United States Magistrate Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

　　　　　　　Re:　*United States v. Nicholas Matthew Scelfo*
　　　　　　　　　 <u>Mag. No. 26-9088</u>

Dear Judge Fais:

　　　　Please accept this letter in lieu of a more formal submission to request that the Criminal Complaint in this matter, Mag. No. 26-9088 (ECF No. 1), be dismissed without prejudice against the defendant, Nicholas Matthew Scelfo. If the enclosed proposed Order for Dismissal meets with Your Honor's approval, please sign it and have your clerk file it on the docket.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ROBERT FRAZER
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　<u>/s/ Casey S. Smith</u>
　　　　　　　　　　　By:　Casey S. Smith
　　　　　　　　　　　　　　Camila A. Garces
　　　　　　　　　　　　　　Assistant United States Attorneys

Enclosure

cc:　　Laura Sayler, Esq. (by email)
　　　　*Counsel for the Defendant*