2026R00351/CSS/CAG

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais |
| | : | |
| v. | : | Mag. No. 26-9088 |
| | : | |
| NICHOLAS MATTHEW SCELFO | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses the Complaint, Mag. No. 26-9088, against defendant NICHOLAS MATTHEW SCELFO, which Complaint was filed on May 30, 2026, charging the defendant with influencing, impeding, or retaliating against a federal official by threat, in violation of 18 U.S.C. § 115(a)(1)(B), because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

_Robert Frazer_
ROBERT FRAZER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. CARI FAIS
United States Magistrate Judge

Dated:   June ___, 2026