2026R00351/CSS/CAG

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Cari Fais

                v.               :     Mag. No. 26-9088

NICHOLAS MATTHEW SCELFO     :     **ORDER FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses the Complaint, Mag. No. 26-9088, against defendant NICHOLAS MATTHEW SCELFO, which Complaint was filed on May 30, 2026, charging the defendant with influencing, impeding, or retaliating against a federal official by threat, in violation of 18 U.S.C. § 115(a)(1)(B), because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Robert Frazer*

ROBERT FRAZER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*Stacey D. Adams*

HON. STACEY ADAMS
United States Magistrate Judge

Dated:   June  23, 2026